**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DAVID C,

                Plaintiff,                22 **CIVIL** 8556 (OTW)

      -against-                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated March 26, 2024, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the Commissioner's Motion for Judgment on the Pleadings is DENIED. This case is REMANDED for further proceedings consistent with this Court's Opinion and Order; accordingly, this case is closed.

**Dated:** New York, New York
         March 27, 2024

                                            **RUBY J. KRAJICK**
                                                **Clerk of Court**

                        **BY:**
                                                **Deputy Clerk**